■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MODESTO CUESTA, Appellant. [43 NYS3d 895]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles Solomon, J.), rendered August 26, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Moskowitz, Kapnick, Webber and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUDYS GARCIA, Appellant. [43 NYS3d 896]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (George R. Villegas, J.), rendered February 18, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Moskowitz, Kapnick, Webber and Kahn, JJ.